IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSCAR HUMBERTO GARCIA-MEJIA,          1:07cv00915-OWW-NEW(DLB) (PC)

            Plaintiff,                ORDER TO SUBMIT NEW
                                      APPLICATION TO PROCEED
      vs.                             IN FORMA PAUPERIS AND
                                      CERTIFIED COPY OF TRUST
CHARLES R. GILKEY, et al.,            ACCOUNT STATEMENT **OR**
                                      PAY FILING FEE

            Defendants.
_____/

        Plaintiff, a federal prisoner proceeding pro se, has filed a civil rights action

pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971), together with an application

to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, plaintiff's application to

proceed in forma pauperis did not include the required original signature by an authorized officer

of the institution of incarceration.  Additionally, plaintiff has not filed a certified copy of his

prison trust account statement for the six month period immediately preceding the filing of the

complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a

new application to proceed in forma pauperis and a certified copy of his trust account statement,

**or** to pay the $350.00 filing fee.

      Accordingly, IT IS HEREBY ORDERED that:

            1.  The Clerk's Office shall send to plaintiff the form for application to proceed in

forma pauperis.

            2.  Within thirty days of the date of service of this order, plaintiff shall submit a

completed application to proceed in forma pauperis and a certified copy of his prison trust

1   account statement for the six month period immediately preceding the filing of the complaint, or

2   in the alternative, to pay the $350.00 filing fee for this action.  Failure to comply with this order

3   will result in a recommendation that this action be dismissed.

4       IT IS SO ORDERED.

5       **Dated:   June 29, 2007**          _____ **/s/ Dennis L. Beck** _____
                                             UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26