UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OSCAR HUMBERTO GARCIA-MEJIA, | ) | 1:07-cv-0915-OWW-GSA-PC |
| | ) | |
| Plaintiff, | ) | ORDER DENYING MOTION TO |
| | ) | RETAIN OR RETURN ENVELOPES |
| vs. | ) | |
| | ) | |
| CHARLES R. GILKEY, et al., | ) | (Doc. 10) |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, Oscar Humberto Garcia-Mejia ("plaintiff"), is a federal prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971). On July 30, 2007, plaintiff filed a motion for the court to retain his mail envelopes, or in the alternative, to return the envelopes to plaintiff.

Plaintiff alleges that he was informed that the Clerk's Office of this court destroys all envelopes received during mail processing. Plaintiff requests that the court issue an order requiring the Clerk's Office to retain all envelopes received from plaintiff, or in the alternative, requiring the Clerk's Office to return the envelopes to the plaintiff at plaintiff's expense. Plaintiff makes this request to assist him in his ongoing "internal mail theft investigation."

Clerk's Office rules prohibit retention, or return, of incoming mail envelopes for security reasons. Therefore, plaintiff's motion for the court to retain or return his mail envelopes is DENIED.

IT IS SO ORDERED.

**Dated:   March 17, 2008**          **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE