UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR HUMBERTO GARCIA-MEJIA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES R. GILKEY, et al.,<br><br>Defendants. | 1:07-cv-0915-OWW-GSA-PC<br><br>ORDER RESOLVING MOTION IN SUPPORT OF PRIOR MOTIONS<br><br>ORDER DENYING REQUEST FOR COURT TO RULE ON CLASS ACTION FIRST<br><br>(Doc. 17) |

Plaintiff, Oscar Humberto Garcia-Mejia ("plaintiff"), is a federal prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971).

**I.      MOTION IN SUPPORT OF PRIOR MOTIONS**

On September 25, 2007, plaintiff filed a "Motion in Support of Prior Motions."  Plaintiff refers to two prior motions filed in this action, the Motion to Correct Filed Civil Actions (Doc. 15.) and the Motion to Postpone Civil Action (Doc. 18).  Plaintiff also refers to a notice in the court's First Informational Order requiring the submission of original signatures on court documents.  (Doc. 14.) Also, plaintiff requests that the court rule on his class action case before ruling on his other civil action filed with this court.

   **A.      <u>Motion to Correct Filed Civil Actions</u>**

Plaintiff has submitted information in support of his "Motion to Correct Civil Actions," which was filed on August 7, 2007.  (Doc. 15.)  The court has considered the motion along with plaintiff's

1

supporting information and has denied the motion in another order issued concurrently with this order. Therefore, this matter is resolved.

### B. Motion to Postpone Civil Action

Plaintiff has submitted information and argument in support of his "Motion to Postpone Civil Action," which was filed on September 25, 2007. (Doc. 18.) The court has considered the motion along with plaintiff's supporting information and has denied the motion in another order issued concurrently with this order. Therefore, this matter is resolved.

### C. Requirement to Submit Original Signatures

Plaintiff refers to the requirement, pursuant to Local Rule 7-131(b), that each document submitted for filing must include the <u>original</u> signature of the filing parties. (<u>See</u> First Info Order at 2 ¶2.) Plaintiff expresses concern that if this action is certified as a class action, he will be unable to obtain signatures from all of the class members when required on documents to be filed with the court. In light of the fact that plaintiff's motion for certification as a class action was denied by another order issued concurrently with this order, this matter is resolved.

### D. Request for Court to Rule on Class Action First

Plaintiff requests that the court rule on his class action before ruling on his other civil action filed with this court. In light of the fact that plaintiff's motion for certification as a class was denied by another order issued concurrently with this order, this request shall be denied.

## II. ORDER

Based on the foregoing analysis, IT IS HEREBY ORDERED that:

1. Plaintiff's motion in support of prior motions is RESOLVED; and
2. Plaintiff's request for the court to rule on the class action first is DENIED.

IT IS SO ORDERED.

Dated:   **March 17, 2008**             /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

2