UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR HUMBERTO GARCIA-MEJIA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHARLES R. GILKEY, et al.,<br><br>　　　　Defendants. | 1:07-cv-0915-OWW-GSA-PC<br><br>ORDER DENYING MOTION FOR STAY OF CIVIL ACTION<br><br>(Doc. 18) |

　　　Plaintiff, Oscar Humberto Garcia-Mejia ("plaintiff"), is a federal prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971). Plaintiff commenced the instant action on June 22, 2007. Plaintiff previously filed another civil action, case number 1:07-cv-00783-LJO-GSA-PC (Garcia-Mejia v. Gilkey), on May 29, 2007. Both cases are currently pending at this court.

　　　On November 25, 2007, plaintiff filed a motion to stay his civil action (07-cv-783) until after the court has ruled on the motion for certification of a class action in this action. (Doc. 4.) The court has denied plaintiff's motion for certification of a class action in an order issued concurrently with this order. Therefore, IT IS HEREBY ORDERED that plaintiff's motion for stay is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:　March 17, 2008　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE