# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR HUMBERTO GARCIA-MEJIA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GILKEY, et al.,<br><br>　　　　　　Defendants.<br>_____/ | 1:07-cv-00915-OWW-GSA-PC<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING DISMISSAL OF ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED<br>(Doc. 1.)<br><br>OBJECTIONS, IF ANY, DUE WITHIN THIRTY DAYS |

　　　Plaintiff Oscar Humberto Garcia-Mejia ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents</u>, 403 U.S. 388 (1971). Plaintiff filed this action on June 22, 2007.  (Doc. 1.)

　　　On December 19, 2008, the undersigned dismissed Plaintiff's complaint for failure to state a claim upon which relief may be granted and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).  (Doc. 35.)  To date, Plaintiff has not complied with or otherwise responded to the Court's order.[1]  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

---

[1] The United States Postal Service returned the order on February 11, 2009 as undeliverable, with a notation that plaintiff is not at the institution and has been deported.  However, plaintiff has not notified the court of any change in his address.  Absent such notice, service at a party's prior address is fully effective.  Local Rule 83-182(f).

1    Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), the undersigned
2 HEREBY RECOMMENDS that this action be dismissed, with prejudice, based on Plaintiff's failure
3 to state any claims upon which relief may be granted under section 1983.
4    These Findings and Recommendations will be submitted to the United States District Judge
5 assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **thirty (30)**
6 **days** after being served with these Findings and Recommendations, Plaintiff may file written
7 objections with the Court.  The document should be captioned "Objections to Magistrate Judge's
8 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
9 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d
10 1153 (9th Cir. 1991).

12    IT IS SO ORDERED.
13    Dated:   **February 26, 2009**           **/s/ Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE